IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| WILLIAM J. ORTON, JR., § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. G-15-25 |
| § | |
| MICHAEL PINES AND THE LAW § | |
| OFFICES OF MICHAEL PINES, APC, § | |
| § | |
| Defendants. § | |

## ORDER OF DISMISSAL

In accordance with the court's Memorandum and Opinion of even date, this action is DISMISSED without PREJUDICE.

SIGNED on April 13, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge